McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH FREED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CASE NO. 2:-03-CV-01007-PAN<br><br>STIPULATION AND [proposed]<br>ORDER SETTLING ATTORNEY'S<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($4,500.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

　　　　This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of defendant under the

1

EAJA.  Payment of the FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($4,500.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: June 23, 2005                /s/ James O. Keefer
                                    JAMES O. KEEFER
                                    Attorney at Law

                                    Attorney for Plaintiff


DATED: June 23, 2005                McGREGOR W. SCOTT
                                    United States Attorney


                                By: /s/ Bobbie J. Montoya
                                    BOBBIE J. MONTOYA
                                    Assistant U. S. Attorney

                                    Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

MARY P. PARNOW
Assistant Regional Counsel

Social Security Administration

---

Re:  RUTH FREED v. JO ANNE B. BARNHART, CASE NO. 2:-03-CV-01007-PAN, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in CASE NO. Civ. 03-1007-PAN, <u>RUTH FREED v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $4,500.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

Dated:   June 27, 2005.

                                                      /s/ Peter A. Nowinski
                                                    PETER A. NOWINSKI
                                                    Magistrate Judge